UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

JERRY McCUTCHEON,

                Plaintiff

v.                                      Civil Action No. 6:18-cv-103

GRITTEN WRECKER SERVICE, LLC
and TODD ROBINSON,

                Defendants

### ORDER OF DISMISSAL WITH PREJUDICE

On this day the Court considered the parties' Stipulated Motion for Dismissal Based on Settlement and proposed Settlement and Release Agreement under Fed. R. Civ. P. 41(a)(1)(A)(ii) (Dkt. 11), which the Court ADOPTS. The Court finds the motion to have merit, basing approval on a finding of fairness to the Plaintiff and alternatively on the existence of a bona fide dispute as to liability. *See Bodle v. TXL Mortgage Corp.*, 788 F.3d 159, 165 (5th Cir. 2015) (court approval of FLSA settlement generally required unless bona fide dispute over liability). Defendants' dispute of Plaintiff's claims is set out in detail in their Answer, (Dkt. 5).

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE. Except as provided in the attached Settlement and Release Agreement, each party shall bear its own damages, attorney fees, expenses, and costs. This case is CLOSED.

Signed this 13th day of June, 2018.

                                                    Robert L. Pitman
                                                    United States District Judge